USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.11.20

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**EMANUEL DELACRUZ,**

                **Plaintiff,**         19-cv-10254 (JGK)

    - against -                    **ORDER**

**BURBERRY LIMITED,**

                **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **February 24, 2020**. The defendant may move or answer by **March 10, 2020**.

If the defendant makes a motion, the plaintiff may respond by **March 24, 2020**. The defendant may reply by **April 3, 2020**. Discovery is stayed pending a decision on the motion.

SO ORDERED.

Dated:    New York, New York
          February 10, 2020

                                          **John G. Koeltl
United States District Judge**