**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------

**EMANUEL DELACRUZ,**

                Plaintiff,          19-cv-10254 (JGK)

      - against -              <u>ORDER</u>

**BURBERRY LIMITED,**

                Defendant.

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The defendant should provide the Court with a courtesy hard-copy set of briefs on the motion to dismiss.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 19, 2020**          /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**