UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRON...
DOC #: ___
11/13/2020

EMANUEL DELACRUZ

                       Plaintiff,               19 cv 10254 (JGK)

- against -                   ORDER

BURBERRY LIMITED,

                       Defendant.

JOHN G. KOELTL, District Judge:

    The motion to dismiss is withdrawn without prejudice to renewal after the Court of Appeals for the Second Circuit decides the braille gift card cases.  This case is otherwise stayed.  The Clerk is directed to close Docket Nos. 17 & 22.

    SO ORDERED.

Dated:    New York, New York
           November 13, 2020

                                  John G. Koeltl
                         United States District Judge