UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

EMANUEL DELACRUZ ET AL.,
                Plaintiffs,        19-cv-10254 (JGK)

    - against -                  ORDER

BURBERRY LIMITED,
                Defendant.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    In light of the recent decision of the Court of Appeals for the Second Circuit, see Calcano v. Swarovski N. Am. Ltd., 2022 WL 1788305 (2d Cir. June 2, 2022), the parties should file a status report by **July 8, 2022**.

SO ORDERED.
Dated:    New York, New York
          June 17, 2022

                                          John G. Koeltl
                               United States District Judge