UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ,

               Plaintiff,

    - against -

BURBERRY LIMITED,

               Defendant.

19-cv-10254 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In an Order dated July 7, 2022, the Court dismissed the complaint without prejudice for lack of subject matter jurisdiction, but gave the plaintiff the opportunity to file an amended complaint. ECF No. 30. In an Order dated September 15, 2022, ECF No. 31, the plaintiff was directed to file an amended complaint by September 28, 2022. The plaintiff has not done so.

    In that same Order, the defendant was directed to file an order to show cause, by October 14, 2022, to dismiss the case for failure to prosecute if the plaintiff did not file an amended complaint by the date specified. The defendant has not done so.

    Accordingly, because the deadlines have passed, this case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close the case.

SO ORDERED.

Dated:    New York, New York
           October 18, 2022

                                          John G. Koeltl
                                  United States District Judge